IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JONATHAN MCCORD,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-318-bbc

RICK RAEMISCH, Secretary
Wisconsin Department of Corrections
and JOHN DOE I, Correctional
Officer, Wisconsin Department of
Corrections,

    Defendants.

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this case without prejudice.

_____
Peter Oppeneer, Clerk of Court

7/30/10
Date