IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JONATHAN McCORD,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

10-cv-318-bbc

RICK RAEMISCH, Secretary Wisconsin
Department of Corrections,

    Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Jonathan McCord leave to proceed and dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_____      11/22/10
Peter Oppeneer, Clerk of Court          Date